**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-7517**

_____

DEVON LONA LUNN,

            Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

            Respondent - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:20-cv-00332-WO-JLW)

_____

Submitted:  December 29, 2020                    Decided:  January 7, 2021

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Devon Lona Lunn, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devon Lona Lunn, a federal prisoner, appeals the district court's judgment accepting the recommendation of the magistrate judge and dismissing without prejudice Lunn's 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Lunn*, No. 1:20-cv-00332-WO-JLW (M.D.N.C. Sept. 28, 2020). Like the district court, we express no view on the merits of the claims alleged in the § 2241 petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*